1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant AGUILAR

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11
   UNITED STATES OF AMERICA,          )    No. CR-10-00825 DLJ
12                                     )
                    Plaintiff,         )    STIPULATION AND  ORDER
13                                     )    CONTINUING HEARING DATE AS TO
   vs.                                 )    DEFENDANT JESSICA AGUILAR
14                                     )
   JESSICA AGUILAR,                    )
15                                     )
                    Defendant.         )
16  _____)

17

18                            **STIPULATION**

19         Defendant Jessica Aguilar, by and through Assistant Federal Public Defender Varell L.

20  Fuller, and the United States, by and through Assistant United States Attorney Thomas

21  Colthurst, hereby stipulate that, with the Court's approval, the hearing date currently set for

22  November 1, 2011, be continued to Tuesday, January 17, 2012, at 9:00 a.m.

23         The reason for the requested continuance is that negotiations are ongoing and the parties

24  do not anticipate that they will be prepared to resolve the case on November 1, 2011.  In

25  addition, Mr. Colthurst is about to begin a trial in San Francisco and will be largely unavailable

26

until after the first of the year. The parties have discussed the proposed date of January 17, 2012, with the Court's clerk and have been advised that this date is available.

The parties agree that the time between November 1, 2011, and January 17, 2012, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of counsel and effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated: October 17, 2011

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: October 17, 2011

_____/s/_____
THOMAS COLTHURST
Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing date currently set for Tuesday, November 1, 2011, shall be continued to Tuesday, January 17, 2012, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between November 1, 2011, and January 17, 2012, would unreasonably deny the government continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

1    THE COURT FURTHER FINDS that the ends of justice served by excluding the time

2    between November 1, 2011, and January 17, 2012, from computation under the Speedy Trial Act

3    outweigh the interests of the public and the defendant in a speedy trial.

4    THEREFORE, IT IS HEREBY ORDERED that the time between November 1, 2011,

5    and January 17, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C.

6    § 3161(h)(7)(A) and (B)(iv).

7    IT IS SO ORDERED.

8    Dated: October 24, 2011

9

10

11   _____
     THE HONORABLE D. LOWELL JENSEN
12   United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26