MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5065
Fax: (408)-535-5066
E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JESSICA AGUILAR, <br> CHRISTOPHER MARK YOUNG <br>     Defendants. | No. CR 10-00825-DLJ <br><br> STIPULATION AND [] ORDER EXCLUDING TIME FROM JANUARY 26, 2012 TO FEBRUARY 2, 2012 |

On the Court's motion, the next status hearing in this matter was moved from January 26, 2011, at 9:00 a.m., to February 2, 2011, at 9:00 a.m. The defendant Jessica Aguilar, represented by Varell L. Fuller, Assistant Federal Public Defender, the defendant Christopher Mark Young, represented by Jerry Y. Fong, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, request that time be excluded under the Speedy Trial Act from January 26, 2011 to February 2, 2011, to permit the parties the reasonable time necessary for effective preparation.

ORDER EXCLUDING TIME
Case No. CR 10-00825-DLJ

| | |
|---|---|
| 1 | DATED: January 24, 2012         MELINDA HAAG |
| | United States Attorney |

DATED: January 24, 2012        MELINDA HAAG
                               United States Attorney

                               /s/
                               Thomas A. Colthurst
                               Assistant United States Attorney

                               /s/
                               Varell L. Fuller
                               Assistant Federal Public Defender
                               Counsel for Defendant Jessica Aguilar

                               /s/
                               Jerry Y. Fong, Esq.
                               Counsel for Defendant Christopher Mark Young

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time between January 26, 2011 and February 2, 2011, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 26, 2011 and February 2, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between January 26, 2011 and February 2, 2011, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: FDFDG

THE HONORABLE D. LOWELL JENSEN
Senior United States District Judge

ORDER EXCLUDING TIME
Case No. CR 10-00825-DLJ