GEOFFREY A. HANSEN
Acting Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant AGUILAR

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00825-DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER CONTINUING SENTENCING |
| vs. | ) | HEARING DATE TO SEPTEMBER 13, |
| | ) | 2012 |
| JESSICA AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Defendant Jessica Aguilar, by and through Assistant Federal Public Defender Varell L.

Fuller, and the United States, by and through Assistant United States Attorney Thomas A.

Colthurst, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing

currently set in this matter for Thursday, May 31, 2012, at 10:00 a.m., be continued to Thursday,

September 13, 2012, at 10:00 a.m.

Ms. Aguilar has entered a plea pursuant to Rule 11(c)(1)(B) of the Federal Rule of

Criminal procedure to count of the indictment filed in this matter to conspiracy to poessess with

intent to distribute and to distribute methamphetamine, in violation of 21 U.S.C. §§ 846,

841(a)(1), and 841(b)(1)(A)(viii).  A sentencing hearing is presently set in this matter for Mary

31, 2012, and counsel for Ms. Aguilar respectfully request additional time to complete the sentencing mitigation investigation and to effectively prepare and present arguments for the sentencing hearing to be held.  Accordingly, the defense respectfully request that the sentencing hearing date be continued to September 13, 2012.  United States Probation Officer Benjamin Flores, who has been assigned to conduct the presentence investigation, has been consulted about the requested continuance and has no objection.  The parties further agree that the deadlines by which the United States Probation Office must disclose the draft and final pre-sentence reports shall be adjusted according to the new September 13, 2012, sentencing date.


Dated:  May 22, 2012

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender


Dated  May 22, 2012

_____/s/_____
THOMAS A. COLTHURST
Assistant United States Attorney
//
//
//

**[] ORDER**

GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that the sentencing hearing date set for Thursday, May 31, 2012, at 10:00 a.m. is continued to Thursday, September 13, 2012, at 10:00 a.m., and the dates by which United States Probation must disclose the draft and final pre-sentence reports shall be adjusted accordingly.


Dated:  ~~DKBG~~

_____
THE HONORABLE D. LOWELL JENSEN
United States District Court Judge