JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant CHRISTOPHER MARK YOUNG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MARK YOUNG,<br><br>  Defendant. | CASE NO.  CR-10-00825 DLJ<br><br>STIPULATION OF THE PARTIES TO. JOINTLY REQUEST A CONTINUANCE OF SENTENCING HEARING FROM JUNE 28, 2012 TO SEPTEMBER 20, 2012, AND [] ORDER RE SAME. |

The parties, the United States Government and Defendant Christopher Mark Young, hereby stipulate to jointly request that the Court continue the sentencing hearing from June 28, 2012, to September 20, 2012, at 10:00 a.m.  This request is made because the parties need the additional time to resolve certain sentencing issues and because Mr. Young's counsel, Jerry Fong, will be in a long wire fraud trial in June and then out of his office for the first half of July, 2012.  Accordingly, the parties respectfully request that the Court grant the continuance to permit all parties sufficient time to prepare for the sentencing.

DATED:   May 24, 2012                    Respectfully submitted,


_____
JERRY Y. FONG, Attorney for
Defendant CHRISTOPHER YOUNG

1  DATED:     May 24, 2012              Respectfully submitted,

                                        _____
                                        THOMAS A. COLTHURST, Attorney
                                        for Plaintiff UNITED STATES OF
                                        AMERICA

                          [] ORDER

   Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the sentencing hearing in this case shall be continued from June 28, 2012, to September 20, 2012, at 10:00 a.m. It is so ordered.

   DATED: 5/25/12

                                        _____
                                        JUDGE OF THE UNITED STATES
                                        DISTRICT COURT