```
THOMAS J. FERRITO
Attorney At Law
   SBN 45133
101 Church Street, Suite 14
Los Gatos, California 95030-6928
    Telephone: (408) 354-6655
    Facsimile: (408) 354-6585

Attorney for Defendant
    CASIE ANN RODINE
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ] | NO. CR-10-00825 DLJ |
|---|---|---|
| | ] | |
| Plaintiff, | ] | STIPULATION AND |
| | ] | [] ORDER |
| vs. | ] | RESCHEDULING |
| | ] | SENTENCING DATE |
| | ] | |
| CASIE ANN RODINE, | ] | |
| | ] | |
| | ] | |
| Defendant. | ] | |

  The defendant CASIE ANN RODINE, represented by attorney Thomas J. Ferrito, and the government, represented by Assistant United Sates Attorney Thomas A. Colthurst, respectfully request that the sentencing hearing in this matter currently scheduled for June 21, 2012 be continued to July 12, 2012.

  This request made in order to permit additional time for the United States Attorney to prepare and file a 5K1.1 motion and for both counsel to prepare sentencing memoranda.

The United States Attorney, the USPO and defense counsel have all agreed that they can be available for sentencing on July 12, 2012.

Dated: June 14, 2012.   ___/s/_____
                        THOMAS A. COLTHURST
                        Assistant United States Attorney


                        ___/s/_____
                        THOMAS J. FERRITO
                        Attorney for Defendant
                        CASIE ANN RODINE

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS the sentencing date for the defendant CASIE ANN RODINE be, and hereby is, rescheduled for July 12, 2012 at 10:00 AM.

IT IS SO ORDERED.

Dated June __FJ__, 2012.   _____
                           LOWELL D. JENSEN
                           UNITED STATES DISTRICT COURT JUDGE