MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> CHRISTOPHER MARK YOUNG, <br>     Defendant. | No. 10-CR-00825-DLJ <br><br> STIPULATION AND [] <br> ORDER CONTINUING HEARING DATE |

    The defendant CHRISTOPHER MARK YOUNG, represented by Jerry Y. Fong, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for September 20, 2012, be continued to October 11, 2012.

    No other defendants are affected by this request.

////

////

////

1 | SO STIPULATED:

3 | Dated: August 20, 2012        /S/
4 |                              Thomas A. Colthurst
                                  Assistant United States Attorney

6 | Dated: August 20, 2012        /S/
7 |                              Jerry Y. Fong, Esq.
                                  Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Christopher Mark Young*, scheduled for September 20, 2012, is continued to October 11, 2012, at 10:00 a.m.

DATED: ÌÐCGÐFG

THE HONORABLE D. LOWELL JENSEN
United States District Judge