MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> JESSICA AGUILAR, <br>     Defendant. | No. 10-CR-00825-DLJ <br><br> STIPULATION AND [] <br> ORDER CONTINUING HEARING DATE |

    The defendant JESSICA AGUILAR, represented by Varell L. Fuller, Assistant Federal Public Defender, and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for December 6, 2012, be continued to January 24, 2013.

    No other defendants are affected by this request.

    The parties need more time to prepare for sentencing and more time is needed to prepare the Presentence Report and circulate it to the parties.

////

SO STIPULATED:

Dated: October 29, 2012          /S/
                                 Thomas A. Colthurst
                                 Assistant United States Attorney


Dated: October 29, 2012          /S/
                                 Varell L. Fuller
                                 Assistant Federal Public Defender
                                 Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Jessica Aguilar*, scheduled for December 6, 2012, is continued to January 24, 2013, at 10:00 a.m.

DATED: FF⸺D⸺FG          _____
                         THE HONORABLE D. LOWELL JENSEN
                         United States District Judge