MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5065
Fax: (408)-535-5066
E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-CR-00825-DLJ |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING HEARING DATE |
| v. | |
| CHRISTOPHER MARK YOUNG, | |
| Defendant. | |

The defendant CHRISTOPHER MARK YOUNG, represented by Jerry Y. Fong, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for December 6, 2012, be continued to January 24, 2013.

No other defendants are affected by this request.

////

////

////

STIPULATION AND [] ORDER
Case No. 10-CR-00825-DLJ

SO STIPULATED:

Dated: November 14, 2012        /S/
                                Thomas A. Colthurst
                                Assistant United States Attorney


Dated: November 14, 2012        /S/
                                Jerry Y. Fong, Esq.
                                Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Christopher Mark Young*, scheduled for December 6, 2012, is continued to January 24, 2013, at 10:00 a.m.

DATED: FFDCEFG

THE HONORABLE D. LOWELL JENSEN
United States District Judge